**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**CIVIL ACTION NO. 1:10cv468 (WOB)**

**SCHAWN D. LITTLE**                                **PETITIONER**

**VS.**                              <u>**ORDER**</u>

**WARDEN, WARREN CORRECTIONAL**
**INSTITUTION**                                       **RESPONDENT**

This matter is before the court upon the Report and Recommendation of the United States Magistrate Judge (Doc. #7), and there being no objections filed thereto by petitioner, and the court being sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of the Magistrate Judge (Doc. #7) be, and it is, hereby **adopted** as the findings of fact and conclusions of law of the court; that the respondent's motion to dismiss (Doc. #4) be, and it hereby is, **granted**; that the petition for writ of habeas corpus (Doc. #1) be, and it hereby is, **dismissed, with prejudice**, on the ground that it is time-barred, pursuant to 28 U.S.C. § 2244(d); that <u>**no**</u> certificate of appealability shall issue herein; that an appeal of this Order would not be taken in "good faith", and the court will deny any motion to proceed *in forma pauperis* on appeal upon a showing of financial necessity; and that this matter be **dismissed**

and **stricken** from the docket of this court.  A separate Judgment shall enter concurrently herewith.

This 9th day of June, 2011.



Signed By:
*William O. Bertelsman* WOB
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:10cv468 (WOB)**

**SCHAWN D. LITTLE**     **PETITIONER**

**VS.**     **JUDGMENT**

**WARDEN, WARREN CORRECTIONAL
INSTITUTION**     **RESPONDENT**

Pursuant to the Order entered concurrently herewith,

**IT IS ORDERED AND ADJUDGED** that the within action be, and it is, hereby **dismissed**, with prejudice, and **stricken** from the docket of this court.

This 9th day of June, 2011.



Signed By:
William O. Bertelsman WOB
United States District Judge